| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Raj T. Wadhwani, Bar No. 193120<br>Wadhwani & Shanfeld, A Professional Law Corp.<br>15233 Ventura Blvd., Suite 1000<br>Sherman Oaks, CA  91403<br>(818) 784-0500 Telephone<br>(818) 784-0508 Fax<br>Raj@wslaw.com Email<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 05 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY tatum    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Jeannette Amado<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:12-bk-21740-RK**<br>CHAPTER: **7**<br><br>**ORDER ☐ GRANTING   ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br><br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*)*:* Portfolio Recovery Associates, LLC

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                                          **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*):

      **22363 Paraguay Dr. Santa Clarita (Saugus), CA 91350-2343**

   b. Legal description (*specify*): ☐ See attached page

      **LOT 41 OF TRACT NO. 27994, IN THE AREA OF SAUGUS, CITY OF SANTA CLARITA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 722, PAGE(S) 87 TO 90 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>11/21/2011</u>.

   b. Recorder's instrument number or map/book/page number (*specify*): 20111578917

5. ☐ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☐ The judicial lien is void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☐ Motion is incomplete.

   f. ☒ Other (*specify*): **Movant has failed to submit admissible evidence regarding the value of the unavoided irst lien in favor of Wells Fargo Home Mortgage or World Savings Bank, FSB, as of the petition date on December 2, 2013.  *In re Salanoa*, 263 B.R. 120, 122 (Bankr. S.D. Cal. 2001) (petition date is operative date for valuing liens for purposes of a debtor's motion to avoid judicial lien on debtor's residence under 11 U.S.C. § 522(f)).  Movant submitted a mortgage account statement showing an account balance of July 10, 2016, which is too remote from the petition date almost three years earlier, and must submit competent evidence establishing the account balance remaining on the first lien in favor of Wells Fargo Home Mortgage or World Savings Bank, FSB as of the petition date.**

//

//

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

7. ☒ The court further orders as follows (*specify*):  **The court grants leave to Movant to file an amended motion which corrects the above-mentioned deficiencies within 60 days of entry of this order.**

☐ See attached page

###

Date: December 5, 2016

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 3                              F 4003-2.1.AVOID.LIEN.RP.ORDER